# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Kelvin A. Lashley<br><br>Debtor(s) | Case No.: 22-12284 ELF<br><br>Chapter 13 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of WELLS FARGO BANK, N.A. in relation to a claim secured by real property commonly known as 54 Reger Street, Philadelphia, PA  19144 and identified by account number *******2707.

Request is made that all notices pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature be served as follows:

POWERS KIRN, LLC
Attorneys for WELLS FARGO BANK, N.A.
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
bankruptcy@powerskirn.com


Dated:  September 6, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #312292
Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kelvin A. Lashley<br><br>Debtor(s) | Case No.: 22-12284 ELF<br><br>Chapter 13 |

## CERTIFICATION OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on September 6, 2022.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia PA  19107

Trustee

Alexander G. Tuttle, Esquire
Tuttle Legal
2303 N. Broad St., Suite 2
Colmar, PA  18915
agt@tuttlelegal.com
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Kelvin A. Lashley
4 Donny Brook Way
Collegeville PA  19426
Debtor

Dated:  September 6, 2022

POWERS KIRN, LLC

By:  /s/ Jill Manuel-Coughlin_____
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Daniel C. Fanaselle, Esq.; Atty ID #312292
Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: <u>bankruptcy@powerskirn.com</u>
Attorneys for Creditor/Movant