**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kelvin A. Lashley             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12284 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 and index same on the master mailing list.

      Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
06 Sep 2022, 12:10:52, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 1ee52274e6ca3a484d27b2e872ede733427b074a538b45ef9091ad39f959cdb4