**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kelvin A. Lashley                 CHAPTER 13

               Debtor(s)

                                     BKY. NO. 22-12284 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ **Rebecca Solarz**
                                   Rebecca Solarz
                                   06 Sep 2022, 15:53:38, EDT

                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322