UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-12284-elf

Kelvin A Lashley  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By  /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-12284-elf

Kelvin A Lashley  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 14, 2022 :

    ALEXANDER G TUTTLE      Kenneth E West
    2303 N Broad Street      Office of the Chapter 3 Standing Trustee
    Suite 2      1234 Market Street Ste 1813
    Colmar, PA 18915      Philadelphia, PA 19107

By  /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx94178 / 1061375