# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 22-12284-ELF

KELVIN A LASHLEY

4 DONNY BROOK WAY

COLLEGEVILLE, PA 19426

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KELVIN A LASHLEY

    4 DONNY BROOK WAY

    COLLEGEVILLE, PA 19426

Counsel for debtor(s), by electronic notice only.

    ALEXANDER G TUTTLE
    TUTTLE LEGAL
    2303 N. BROAD ST STE 2
    COLMAR, PA 18915-

Date: 11/8/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee