United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12284-mdc |
| Kelvin A Lashley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin      Page 1 of 2
Date Rcvd: Mar 03, 2023      Form ID: 167      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin A Lashley, 4 Donny Brook Way, Collegeville, PA 19426-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2023 00:18:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2023 00:18:00 | Federal Home Loan Mortgage Corporation, as truste, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDER G. TUTTLE
     on behalf of Debtor Kelvin A Lashley agt@tuttlelegal.com
     7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 167 | Total Noticed: 3 |

as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
on behalf of Creditor Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr logsecf@logs.com

HARRY B. REESE
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor Nationstar Mortgage LLC as servicer for Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan ldoyle@logs.com, cistewart@logs.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr ldoyle@logs.com, cistewart@logs.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Kelvin A Lashley
    Debtor(s)

Case No: 22−12284−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

**RESCHEDULED
Amended Motion to Dismiss Case for Failure to Make Plan Payments, Motion to Dismiss Case. There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1). Filed by KENNETH E. WEST Represented by KENNETH E. WEST

on: 4/6/23

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/23

Timothy B. McGrath
Clerk of Court

64 − 58
Form 167