IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KELVIN A. LASHLEY<br>　　Debtor, | BANKRUPTCY CASE<br>NUMBER 22-12284 - MDC |
| NATIONSTAR MORTGAGE LLC AS SERVICER FOR FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-2, AS OWNER OF THE RELATED MORTGAGE LOAN<br>　　Movant.<br>v.<br>KELVIN A. LASHLEY<br>　　Debtor/Respondent,<br>KENNETH E. WEST, Chapter Trustee<br>　　Additional Respondent. | CHAPTER 13<br><br>11 U.S.C. § 362<br><br>HEARING DATE AND TIME:<br><br>March 21, 2023 at 9:30 AM<br><br>COURTROOM NO. 1 |

**O R D E R**

AND NOW, this 21st day of March 2023, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 34 Ashmead Place South, assessed as 34 South Ashmead Place, Philadelphia, PA 19144; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE