# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Kelvin A Lashley<br><br>　　　　　　　　　Debtor(s) | Case No. 22-12284 MDC<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>　　　　　　　　　Movant<br>　v.<br>Kelvin A Lashley<br>and<br>Kenneth E. West, Trustee<br>　　　　　　　　　Respondents | |

## ORDER GRANTING STAY RELIEF AS TO PROPERTY
## LOCATED AT 54 REGER STREET, PHILADELPHIA, PA 19144 f/k/a 54 W REGER STREET, PHILADELPHIA, PA 19144

AND NOW, this 16th day of May, 2023, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure of the property located at 54 Reger Street, Philadelphia, PA 19144 f/k/a 54 W Reger Street, Philadelphia, PA 19144, and obtain all other relief available under the non-bankrupcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

　　It is further ORDERED that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

　　It is further ORDERED that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

　　It is further ORDERED that Movant is no longer required to sent and/or file the Notices required by Fed. R. Bankr. P. 3002.1 and Local Rule 3002-5.

　　　　　　　　　　　　　　　　　　　　_Magdeline D. Coleman_
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Interested Parties:

Kelvin A Lashley
4 Donny Brook Way
Collegeville, PA  19426

Alexander G. Tuttle, Esquire
Tuttle Legal
2303 N Broad Street
Suite 2
Colmar, PA  18915
Attorney for Debtor(s)

Kenneth E. West, Esquire
1234 Market Street - Suite 1813
Philadelphia, PA  19107
Trustee

Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Attorneys for Movant