United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-12284-mdc
Kelvin A Lashley  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: May 16, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelvin A Lashley, 4 Donny Brook Way, Collegeville, PA 19426-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDER G. TUTTLE | on behalf of Debtor Kelvin A Lashley agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr logsecf@logs.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor WELLS FARGO BANK  N.A. kvelter@pincuslaw.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Nationstar Mortgage LLC as servicer for Federal Home Loan Mortgage Corporation  as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan ldoyle@logs.com, cistewart@logs.com;LOGSECF@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr ldoyle@logs.com, cistewart@logs.com;LOGSECF@logs.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Kelvin A Lashley<br><br>Debtor(s) | Case No. 22-12284 MDC<br><br>Chapter 13 |
|---|---|
| WELLS FARGO BANK, N.A.<br>Movant<br>v.<br>Kelvin A Lashley<br>and<br>Kenneth E. West, Trustee<br>Respondents | |

### ORDER GRANTING STAY RELIEF AS TO PROPERTY
### LOCATED AT 54 REGER STREET, PHILADELPHIA, PA 19144 f/k/a 54 W REGER STREET, PHILADELPHIA, PA 19144

AND NOW, this 16th day of May, 2023, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure of the property located at 54 Reger Street, Philadelphia, PA 19144 f/k/a 54 W Reger Street, Philadelphia, PA 19144, and obtain all other relief available under the non-bankrupcy law including, but not limited to the initiation and/or continuation of foreclosure through sheriff sale of the property and ejectment.

It is further ORDERED that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under non-bankruptcy law.

It is further ORDERED that relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED that Movant is no longer required to sent and/or file the Notices required by Fed. R. Bankr. P. 3002.1 and Local Rule 3002-5.

*Magdeline D. Coleman*
United States Bankruptcy Judge

Interested Parties:

Kelvin A Lashley
4 Donny Brook Way
Collegeville, PA  19426

Alexander G. Tuttle, Esquire
Tuttle Legal
2303 N Broad Street
Suite 2
Colmar, PA  18915
Attorney for Debtor(s)

Kenneth E. West, Esquire
1234 Market Street - Suite 1813
Philadelphia, PA  19107
Trustee

Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Attorneys for Movant