United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12284-mdc

Kelvin A Lashley  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Jun 20, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelvin A Lashley, 4 Donny Brook Way, Collegeville, PA 19426-4408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

**Name**      **Email Address**

ALEXANDER G. TUTTLE
     on behalf of Debtor Kelvin A Lashley agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
     on behalf of Creditor Federal Home Loan Mortgage Corporation  as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr logsecf@logs.com

HARRY B. REESE
     on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor WELLS FARGO BANK  N.A. karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Nationstar Mortgage LLC as servicer for Federal Home Loan Mortgage Corporation  as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan ldoyle@logs.com, cistewart@logs.com;LOGSECF@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr ldoyle@logs.com, cistewart@logs.com;LOGSECF@logs.com

MARK A. CRONIN
    on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kelvin A. Lashley aka Kelvin Alvin Lashley<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1<br>　　　　　　　　　Movant<br>　　vs.<br>Kelvin A. Lashley aka Kelvin Alvin Lashley<br>　　　　　　　　　Debtor(s)<br>Alice Lashley<br>　　　　　　　　　Co-Debtor<br>Kenneth E. West<br>　　　　　　　　　Trustee | NO. 22-12284 MDC<br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 20th day of June, 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code , is modified with respect to the subject premises located at 4 Donny Brook Way, Collegeville, PA 19426 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　*Magdeline D. Coleman*

　　　　　　　　　　　　　　　　　　　　　　　MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　　　　　　　　　Chief Bankruptcy Judge