UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:     Chapter 13
KELVIN A LASHLEY

Debtor     Bankruptcy No. 22-12284-MDC

# ORDER

**AND NOW,** this __30th__ day of __June__, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED.**

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
ALEXANDER G TUTTLE, ESQ
TUTTLE LEGAL
196 W. ASHLAND STREET
DOYLESTOWN,, PA 18901-

Debtor:
KELVIN A LASHLEY

4 DONNY BROOK WAY

COLLEGEVILLE, PA 19426