United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-12284-mdc
Kelvin A Lashley | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jun 30, 2023     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelvin A Lashley, 4 Donny Brook Way, Collegeville, PA 19426-4408 |
| 14719736 | + | DLJ Mortgage Capital, Inc.., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14723562 | + | Federal Home Loan Mortgage Corporation, C/O CHRISTOPHER A. DENARDO, Shapiro and DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14719299 | + | The Bank of New York Mellon,successor The Bank of, c/o Rebecca Solarz, 701 Market Street,Suite 5000, Philadelphia PA 19106-1541 |
| 14719297 | + | Wells Fargo Bank,N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn,LLC, 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 01 2023 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2023 00:29:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2023 00:29:00 | Federal Home Loan Mortgage Corporation, as truste, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14721887 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2023 00:29:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14719265 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2023 00:39:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14717598 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2023 00:39:09 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14721055 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 01 2023 00:38:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14720106 | ^ | MEBN | Jul 01 2023 00:27:29 | DLJ Mortgage Capital, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14719622 | ^ | MEBN | Jul 01 2023 00:27:30 | DLJ Mortgage Capital, Inc., C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14730332 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2023 00:39:03 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14723479 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2023 00:29:00 | Federal Home Loan Mortgage Corporation ,et al, P.O. Box 619096, Dallas, TX 75261-9096 |

Case 22-12284-mdc   Doc 97   Filed 07/02/23   Entered 07/03/23 00:31:28   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14734527 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2023 00:29:00 | Federal Home Loan Mortgage Corporation ,et al, P.O. Box 619094, Dallas , TX 75261-9094 |
| 14717599 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2023 00:29:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14733317 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2023 00:38:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721111 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2023 00:39:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14717600 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2023 00:29:00 | Mr. Cooper, PO Box 60516, City Of Industry, CA 91716-0516 |
| 14717601 | + | Email/PDF: pa_dc_claims@navient.com | Jul 01 2023 00:39:08 | Navient, 123 S Justison St, Wilmington, DE 19801-5363 |
| 14727176 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2023 00:29:00 | Navient Solutions, LLC. on behalf of, ECMC, Lockbox 8682, PO BOX 16478, St Paul, MN 55116-0478 |
| 14726895 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 01 2023 00:29:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14717602 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2023 00:39:00 | Opensky Cbnk, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 14720455 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 01 2023 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14734723 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2023 00:29:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14734811 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2023 00:29:00 | Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14717603 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2023 00:29:00 | Select Portfolio Svcin, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14734812 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2023 00:29:00 | The Bank of New York Mellon, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City UT 84165-0450 |
| 14734729 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 01 2023 00:29:00 | The Bank of New York Mellon, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14722638 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 01 2023 00:39:08 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14717604 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 01 2023 00:39:00 | Wfhm, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14734199 | | Federal Home Loan Mortgage Corporation, as truste |
| 14734333 | | Federal Home Loan Mortgage Corporation, as truste |
| 14734361 | | Federal Home Loan Mortgage Corporation, as truste |
| 14734394 | | Federal Home Loan Mortgage Corporation, as truste |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14721888 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14722113 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 30, 2023 | Form ID: pdf900 | Total Noticed: 33

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDER G. TUTTLE | on behalf of Debtor Kelvin A Lashley agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC as servicer for Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr logsecf@logs.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK N.A. bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **INRE:** | Chapter 13 |
| KELVIN A LASHLEY | |
| Debtor | Bankruptcy No. 22-12284-MDC |

# **ORDER**

**AND NOW,** this __30th__ day of __June__, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED.**

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*Magdeline D. Coleman*
_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
ALEXANDER G TUTTLE, ESQ
TUTTLE LEGAL
196 W. ASHLAND STREET
DOYLESTOWN,, PA 18901-

Debtor:
KELVIN A LASHLEY

4 DONNY BROOK WAY

COLLEGEVILLE, PA 19426